UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SOVEREIGN O'DELL,

      Plaintiff,                    No. 15-13511

v.                              District Judge Laurie J. Michelson
                              Magistrate Judge R. Steven Whalen


KELLY SERVICES, INC., ET AL.,

      Defendants.
_____ /

**ORDER**

Defendant's Motion to Stay Dispositive Motion Deadline Pending Resolution of

Defendant's Motions [Doc. #95] is GRANTED.

The dispositive motion deadline set for August 16, 2019 is stayed. Dispositive

motions will be due thirty days after the Court makes a final ruling on Defendant's

Motion to Dismiss Plaintiff's Third Amended Complaint for Failure to Comply with the

Court's Orders Regarding Discovery [Doc. #88] and Defendant's Motion for Protective

Order Regarding the Deposition of John Nicholson [Doc. #90].

      IT IS SO ORDERED.


Dated: July 30, 2019                 s/R. Steven Whalen
                                 R. STEVEN WHALEN
                                 UNITED STATES MAGISTRATE
                                 JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on July 30, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 30, 2019.


s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen